UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
Eastern Division

Tim Anderson
                        Plaintiff,

v.                                                Case No.: 1:11–cv–07755
                                                           Honorable Amy J. St. Eve

P.C. Daniel, Inc.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 5, 2012:

       MINUTE entry before Honorable Amy J. St. Eve: At the parties' request, the case dismissal without prejudice is extended to 3/19/12. After 3/19/12, said dismissal will be with prejudice. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.